RECEIVED IN
The Court of Appeals
Sixth District

MAY 2 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

MAY 2 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

SIXTH DISTRICT COURT
OF APPEALS

TYRONE DENARD ANDERSON          §

vs.                             §    NO.06-14-0074-CR

THE STATE OF TEXAS              §

MOTION FOR EXTENSION OF TIME TO FILE
RESPONSE TO STATES APPELLEE BRIEF

TO THE HONORABLE JUSTICE OF SAID COURT:

COMES NOW,Appellant,pro se,and respectfully moves the court
to extend the deadline for filing his response to the States
brief by (45) Fourty-five days and in support of this motion
will show this Honorable Court the following:

I.

This appellants (first) request for extension and appellant is
unable to meet the deadline for the following reasons:
[limited access to the law library due to the up-coming anually
unit lockdown and appellants limited knowledge thereby slowimg
down his ability to do research].See,T.R.A.P.38.6(d).

II.

For the reasons stated above, Appellant respectfully request
an additional (45) days to complete his pro se response in
support of appellants appeal.
WHEREFORE,PREMISES,CONSIDERED, Appwllant prays this Honorable
Court grants this motion and any other relief he is entitled
to. It is so prayed.

1.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion has been sent to,Noble D.Walker,Jr.,Hunt County District Attorney,at P.O. Box 441,Greenville,Texas 75403-0441 by placing a copy of the same in the U.S.mail postage prepaid on this 22nd day of May,2015.

Respectfully Requested,

Tyrone D.Anderson #1944026
Bill Clements Unit
9601 SPUR 591
Amarillo,Texas 79107

2.